22cr158 ECT/LIB

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) **INDICTMENT** |
| Plaintiff, | ) 18 U.S.C. § 921(a)(3)(C) |
| | ) 18 U.S.C. § 921(a)(24) |
| v. | ) 18 U.S.C. § 922(a)(1)(A) |
| | ) 18 U.S.C. § 922(o)(1) |
| JAY JAMES OLSON, | ) 18 U.S.C. § 924(a)(1)(D) |
| | ) 18 U.S.C. § 924(a)(2) |
| Defendant. | ) 18 U.S.C. § 924(d)(1) |
| | ) 26 U.S.C. § 5845(b) |
| | ) 26 U.S.C. § 5845(a)(7) |
| | ) 26 U.S.C. § 5861(d) |
| | ) 26 U.S.C. § 5871 |
| | ) 26 U.S.C. § 5872 |
| | ) 28 U.S.C. § 2461(c) |

THE UNITED STATES GRAND JURY CHARGES THAT:

### COUNT 1
(Willfully Engaging in the Business of Manufacturing Firearms Without a License)

Between in or about September 2021 and in or about April 2022, in the State and District of Minnesota, the defendant,

**JAY JAMES OLSON,**

not being a licensed manufacturer of firearms within the meaning of Chapter 44, Title 18, United States Code, did willfully engage in the business of manufacturing firearms without a license, in violation of Title 18, United States Code, Sections 922(a)(1)(A) and 924(a)(1)(D).



SCANNED
JUL 27 2022
U.S. DISTRICT COURT MPLS

## COUNT 2
(Possession of a Machinegun)

On or about April 26, 2022, in the State and District of Minnesota, the defendant,

**JAY JAMES OLSON**,

did knowingly possess a machinegun, namely, an unserialized Polymer 80, Model PF940C, 9mm-caliber firearm, equipped with an attached conversion device, commonly known as a "switch" or "auto sear," enabling it to be fired as a fully automatic weapon by a single function of the trigger, knowing it had characteristics that made it a machinegun as defined by Title 26, United States Code, Section 5845(b), all in violation of Title 18, United States Code, Sections 922(o)(1) and 924(a)(2).

## COUNT 3
(Possession of an Unregistered Firearm)

On or about April 26, 2022, in the State and District of Minnesota, the defendant,

**JAY JAMES OLSON**,

did knowingly possess a firearm, as defined by Title 18, United States Code, Sections 921(a)(3)(C) and 921(a)(24), and Title 26, United States Code, Section 5845(a)(7), namely, a metal cylindrical firearm silencer, black in color, measuring approximately 6 inches in overall length, with a diameter of approximately 1.5 inches, with no serial number, which by design, construction, and function is a device for silencing, muffling, and diminishing the report of a portable firearm, and which was not registered to him in the National Firearms Registration and Transfer Record as required by law; all in violation of Title 26, United States Code, Sections 5861(d) and 5871.

## **FORFEITURE ALLEGATIONS**

Counts 1 through 3 of this Indictment are hereby realleged and incorporated by reference as if fully set forth herein for the purpose of alleging forfeitures, pursuant to Title 18, United States Code, Section 924(d)(1), Title 26, United States Code, Section 5872, and Title 28, United States Code, Section 2461(c).

If convicted of any of Counts 1 through 3 of this Indictment, the defendant shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c), any firearms, ammunition, and accessories involved in, or used in the commission of, Counts 1 through 3 including, but not limited to, all firearms (e.g., (a) 3 AR "ghost" assembled pistols with no serial numbers; (b) 11 P80 PMF "ghost" assembled firearms with no serial numbers; (c) 1 P80 PMF "ghost" assembled firearm with no serial number, with an installed switch making it the fully automatic firearm listed in Count 2; (d) 1 P80 PMF "ghost" assembled firearm with no serial number, with a threaded barrel (to enable screwing the firearm silencer, listed in Count 3, onto it); and (e) 1 firearm silencer, as listed in Count 3), all ammunition, and all accessories (e.g., (a) 9 empty high-capacity magazines, including 3 drum magazines, for P80-style firearms; (b) 2 pistol carbine-conversion kits; (c) a brass-catcher; (d) 3 P80 handgun lower assembly kits; (e) 4 AR lower receivers with no serial numbers; (f) 1 AR upper with a bolt; (g) 1 grey P80 assembled lower receiver with no serial number; (h) additional miscellaneous firearms parts and accessories), all seized from JAY JAMES OLSON and an associated residence on or about April 26, 2022.

United States v. Jay James Olson

If convicted of Count 3 of the Indictment, the defendant shall forfeit to the United States, pursuant to Title 26, United States Code, Section 5872, and Title 28, United States Code, Section 2461(c), any firearm involved in any violation of the National Firearms Act including, but not limited to, a metal cylindrical firearm silencer, black in color, measuring approximately 6 inches in overall length, with a diameter of approximately 1.5 inches, with no serial number, as listed in Count 3.

All in violation of Title 18, United States Code, Sections 921(a)(3)(C), 921(a)(24), 922(a)(1)(A), 922(o)(1), 924(a)(1)(D), 924(a)(2), and 924(d)(1), Title 26, United States Code, Sections 5845(b), 5845(a)(7), 5861(d), 5871, and 5872, and Title 28, United States Code, 2461(c).

A TRUE BILL

_____        _____
UNITED STATES ATTORNEY                               FOREPERSON